COMMONWEALTH OF KENTUCKY
BOONE COUNTY CIRCUIT COURT
DIVISION III
CIVIL CASE NO. 22-CI-01378
*[Electronically Filed]*

ISAIAH RESTO                                                                PLAINTIFF

v.          **AMAZON'S ANSWER TO PLAINTIFF'S COMPLAINT**

AMAZON.COM, INC., et al.                                                    DEFENDANTS

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

Defendant, AMAZON.COM, INC. ("Defendant" or "Amazon"), for its Answer to Plaintiff's Complaint, states:

1. Any and all allegations not specifically admitted herein are hereby denied.

2. Amazon is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Plaintiff's Complaint, and therefore, denies same.

3. Amazon denies the allegations contained in paragraph 2 of Plaintiff's Complaint.

4. Amazon is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraphs 3, 4, and 5 of Plaintiff's Complaint, and therefore, denies same.

5. The allegations contained in paragraphs 6, 7 and 8 of Plaintiff's Complaint state pure legal conclusions, to which no response is necessary. To the extent that a response is required, Amazon denies same.

6. Amazon is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraphs 9, 10, 11 and 12 of Plaintiff's Complaint, and therefore, denies same.

7. Amazon denies the allegations contained in paragraphs 13, 14 and 15 of Plaintiff's Complaint.

8. The allegations contained in paragraphs 16 and 17 of Plaintiff's Complaint state pure legal conclusions, to which no response is necessary. To the extent that a response is required, Amazon denies same.

9. Amazon is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraphs 18, 19 and 20 of Plaintiff's Complaint, and therefore, denies same.

10. With regard to the allegations contained in paragraph 21 of Plaintiff's Complaint, no response is necessary. To the extent that a response is required, Amazon incorporates all the preceding responses as if fully restated herein.

11. The allegations contained in paragraph 22 of Plaintiff's Complaint state pure legal conclusions to which no response is necessary. To the extent that a response is required, Amazon denies same.

12. Amazon denies the allegations contained in paragraphs 23, 24 and 25 of Plaintiff's Complaint.

13. With regard to the allegations contained in paragraph 26 of Plaintiff's Complaint, no response is necessary. To the extent that a response is required, Amazon incorporates all the preceding responses as if fully restated herein.

14. The allegations contained in paragraphs 27 and 28 of Plaintiff's Complaint state pure legal conclusions to which no response is necessary. To the extent that a response is required, Amazon denies same.

15. Amazon denies the allegations contained in paragraphs 29, 30 and 31 of Plaintiff's Complaint.

16. With regard to the allegations contained in paragraph 32 of Plaintiff's Complaint, no response is necessary. To the extent that a response is required, Amazon incorporates all the preceding responses as if fully restated herein.

17. Amazon denies the allegations contained in paragraph 33 of Plaintiff's Complaint.

18. The allegations contained in paragraph 34 of Plaintiff's Complaint state pure legal conclusions to which no response is necessary. To the extent that a response is required, Amazon denies same.

19. Amazon denies the allegations contained in paragraph 35 of Plaintiff's Complaint.

20. With regard to the allegations contained in paragraph 36 of Plaintiff's Complaint, no response is necessary. To the extent that a response is required, Amazon incorporates all the preceding responses as if fully restated herein.

21. Amazon denies the allegations contained in paragraph 37 of Plaintiff's Complaint.

22. The allegations contained in paragraphs 38, 39 and 40 of Plaintiff's Complaint state pure legal conclusions to which no response is necessary. To the extent that a response is required, Amazon denies same.

23. Amazon denies the allegations contained in paragraphs 41, 42 and 43 of Plaintiff's Complaint.

24. With regard to the allegations contained in paragraph 44 of Plaintiff's Complaint, no response is necessary. To the extent that a response is required, Amazon incorporates all the preceding responses as if fully restated herein.

Filed 22-CI-01378 01/24/2023 David Martin, Boone Circuit Clerk

25. Amazon denies the allegations contained in paragraphs 45 and 46 of Plaintiff's Complaint.

26. The remainder of Plaintiff's Complaint constitutes a prayer for relief to which no response is necessary. However, to the extent a response is required, Amazon denies that Plaintiff is entitled to the relief requested as to the claims against Amazon.

### FIRST DEFENSE

All or part of Plaintiff's Complaint fails to state a claim upon which relief can be granted as to this Defendant and should be dismissed.

### SECOND DEFENSE

All or part of Plaintiff's damages may have been caused or contributed to by the actions or inactions of third parties who are not parties to this action, and therefore, Plaintiff's right of recovery should be precluded or otherwise diminished by the fault of these third parties.

### THIRD DEFENSE

All or part of Plaintiff's damages may have been caused or contributed to by Plaintiff, and therefore, Plaintiff's right of recovery should be precluded and/or Plaintiff's recovery should be diminished by the extent of his wrongdoing.

### FOURTH DEFENSE

Amazon pleads that any money Plaintiff recovers from any other source for alleged injuries and/or damages, if any, should be an offset to any judgment rendered against Amazon, if any.

### FIFTH DEFENSE

Plaintiff has an obligation to mitigate his damages. To the extent Plaintiff has not done so, this Defendant is entitled to a credit or setoff against any amount awarded to Plaintiff in the amount of the damages that could have been reasonably avoided by Plaintiff.

Filed 279407968v.1 22-CI-01378 01/24/2023 David Martin, Boone Circuit Clerk

### SIXTH DEFENSE

This Defendant states that the subject accident and Plaintiff's claimed injuries and damages, if any, were caused or brought about by an Act of God, which serves as partial or complete bar to Plaintiff's Complaint.

### SEVENTH DEFENSE

Plaintiff's Complaint fails to set forth allegations sufficient to support a claim of punitive damages under existing law.

### EIGHTH DEFENSE

Plaintiff's claim for punitive damages fails to establish the central elements of fraud, oppression or malice as required under KRS 411.184, and Plaintiff is, therefore, not entitled to punitive damages as a matter of law.

### NINTH DEFENSE

Plaintiff's claim for punitive damages is in violation of and is barred by the Fifth and Fourteenth Amendments to the United States Constitution.

### TENTH DEFENSE

Plaintiff's claim for punitive damages is in violation of and is barred by the prohibitions against excessive fines and cruel and unusual punishment contained in the Eighth Amendment to the United States Constitution.

### ELEVENTH DEFENSE

Plaintiff's claim for punitive damages is in violation of and is barred by § 2 and § 14 of the Kentucky Constitution.

### TWELTH DEFENSE

This Defendant states that the alleged condition was open and obvious, and/or known to Plaintiff, and such demonstrates comparative and/or contributory negligence, which is a complete or partial bar to Plaintiff's Complaint.

### THIRTEENTH DEFENSE

This Defendant hereby reserves the right to raise additional affirmative defenses and to assert counterclaims and third party claims in the future.

WHEREFORE, for the foregoing reasons, Defendant, AMAZON.COM, INC., respectfully requests the following relief:

1. Dismissal of Plaintiff's Complaint, with prejudice;

2. Its costs herein expended, including a reasonable attorney's fee;

3. Trial by jury; and

4. Any and all other relief to which Defendant may reasonably appear to be entitled.

Respectfully submitted,

*/s/ Lynsie Gaddis Rust*
Lynsie Gaddis Rust
Samuel E.T. Jones
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
100 Mallard Creek Road, Suite 250
Louisville, KY 40207
Telephone: 502.238.8500
Facsimile: 502.238.7995
lynsie.rust@wilsonelser.com
*Counsel for Defendant, AMAZON.COM, INC.*

## CERTIFICATE OF SERVICE

    This is to certify that on this the 24th day of January 2023, a true and accurate copy of the foregoing was filed via the KCOJ electronic filing system, which will provide electronic notification to the following counsel of record:

Peter A. Tripp, Esq.
Lawrence & Associates, LLC
50 E. Business Way, Suite 110
Cincinnati, OH 45241
*Counsel for Plaintiff*

                                              /s/ *Lynsie Gaddis Rust*
                                              *Counsel for Defendant,*
                                              *AMAZON.COM, INC.*