UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF KENTUCKY
AT COVINGTON



ISAIAH RESTO,

    PLAINTIFF

HARTFORD ACCIDENT &
INDEMNITY COMPANY,

    INTERVENING PLAINTIFF

v.

AMAZON.COM, INC.; AECOM
TECHNICAL SERVICES, INC.;
WHITING-TURNER/KOKOSING
JOINT VENTURE; and JON DOE
DRIVER

    DEFENDANTS

Civil Action No. 2:23-cv-00039-DLB-EBA

### AGREED ORDER DISMISSING SETTLED

\*\*\*\*\*

Come the Plaintiff, Isaiah Resto, by counsel, Intervening Plaintiff, Hartford Accident & Indemnity Company, by counsel, and Defendants, Amazon.Com, Inc., Aecom Technical Services, Inc. and Whiting-Turner/Kokosing Joint Venture, by counsel, and the Court being duly and sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that the above captioned case be and the same is hereby dismissed with prejudice and with each party to pay its own costs.

21 JULY 2023



Signed By:
David L. Bunning
United States District Judge

Agreed to:

/s/ *Peter Tripp (with permission)*
Peter Tripp
Lawrence & Associates
50 E. Business Way, Suite 110
Cincinnati, OH 45241
pete@lawrencelaws.com
*Counsel for Plaintiff*

/s/ *Cate A. Poole (with permission)*
Cate A. Poole
Goodrum & Downs, PLLC
771 Corporate Drive, Suite 101
Lexington, KY 40503
cpoole@goodrumdownslaw.com
*Counsel for Intervening Plaintiff,
Hartford Accident & Indemnity Company*

/s/ *Edward H. Stopher*
Edward H. Stopher (KBA No. 68370)
Boehl Stopher & Graves, LLP
400 West Market Street, Suite 2300
Louisville, KY 40202
estopher@bsg-law.com
*Counsel for Defendant
Whiting-Turner/Kokosing Joint Venture*

/s/ *Francisco D. Savinon, Jr. (with permission)*
Francisco D. Savinon, Jr.
Quintairos, Prieto, Wood & Boyer, PA
9300 Shelbyville Road, Suite 400
Louisville, KY 40222
francisco.savinon@qpwblaw.com
*Counsel for Defendant
AECOM Technical Services, Inc.*

/s/ *Lynsie Gaddis Rust (with permission)*
Lynsie Gaddis Rust
Samuel E.T. Jones
Wilson Elser Moskowitz Edelman & Dicker, LLP
100 Mallard Creek Road, Suite 250
Louisville, KY 40207
lynsie.rust@wilsonelser.com
*Counsel for Defendant
Amazon.Com, Inc.*